USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHYLLIS HUBBARD,

Defendant.

19 Cr. 6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties having appeared before the Court on December 18, 2019, the Government having requested that the case be unsealed, and upon Defendant's consent, it is hereby ORDERED that this matter is unsealed. The Clerk of Court is directed to unseal the case, including Superseding Indictment S1 19 Cr 6, and to post any previously filed documents to the public docket.

SO ORDERED.

Dated: December 19, 2019
New York, New York

ANALISA TORRES
United States District Judge