UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHYLLIS HUBBARD,

                    Defendant.

19 Cr. 6 (AT)

**FILED UNDER SEAL**

ANALISA TORRES, District Judge:

The parties having appeared before the Court today, it is hereby ORDERED that:

1. The parties shall appear for a status conference on **September 3, 2019**, at **1:00 p.m.**;

2. Trial is scheduled with co-defendants for **December 9, 2019**, at **9:00 a.m.**; and

3. The time between June 3, 2019 and September 3, 2019 is excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reasons stated on the record.

SO ORDERED.

Dated: June 3, 2019
       New York, New York

_____
**ANALISA TORRES**
**United States District Judge**