UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHYLLIS HUBBARD,

Defendant.

19 Cr. 6 (AT)

**FILED UNDER SEAL**

ANALISA TORRES, District Judge:

The parties having appeared before the Court today, it is hereby ORDERED that:

1. The parties shall appear for a status conference on **November 13, 2019**, at **3:20 p.m.**;

2. Trial is scheduled with co-defendants for **December 9, 2019**, at **9:00 a.m.**; and

3. The time between September 3, 2019 and November 13, 2019 is excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reasons stated on the record.

SO ORDERED.

Dated: September 3, 2019
New York, New York

ANALISA TORRES
United States District Judge