UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHYLLIS HUBBARD,

                              Defendant.

19 Cr. 6 (AT)

**FILED UNDER SEAL**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the status conference scheduled for December 17, 2019 is ADJOURNED to **December 18, 2019**, at **2:20 p.m.**

The time between December 17, 2019 and December 18, 2019 is excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by taking such action outweigh the interests of the public and Defendant in a speedy trial because this will allow the parties to continue discussing a pretrial disposition of the case.

SO ORDERED.

Dated: December 2, 2019
       New York, New York

**ANALISA TORRES**
**United States District Judge**