USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/2/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHYLLIS HUBBARD,

                      Defendant.

19 Cr. 6-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      It is hereby ORDERED that the sentencing for Defendant Hubbard scheduled for April 16, 2020 is ADJOURNED to **May 19, 2020**, at **12:00 p.m.**  The first disclosure of the presentence report will be due on **March 30, 2020**, and the second disclosure of the presentence report will be due on **April 27, 2020**.

      Defendant's sentencing submission is due on **May 5, 2020**.  The Government's submission is due on **May 12, 2020**.

      SO ORDERED.

Dated: March 2, 2020
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge