USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/2/2020__

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA

       19-CR-006-004 (AT)

- against -

       ORDER

PHYLLIS HUBBARD,

    Defendant

------------------------------------------------------------------x

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Jennifer McCarthy, Ph.D, in the amount of $4,500.00, for professional services rendered in connection with the above captioned case.

    SO ORDERED,

Dated: New York, New York

    April 2 , 2020

_____

ANALISA TORRES

United States District Judge



# MCC CONSULTING, INC. d/b/a
# The New York Mental Health Group

_____

*Tax ID: 26-3364384;    DUNS #: 080727853*

Jennifer A. McCarthy, Ph.D.
Executive Director

## INVOICE

March 31, 2020

Re:  *United States of America v. Phyllis Hubbard*
     *Docket #* **S1 19 CR 006**

*Psychosexual Evaluation & Report*              *$4,500.00*
*Date of Service: March 30, 2020*

Brooklyn Office: 26 Court Street, Suite 1413, Brooklyn, NY 11242
Manhattan Office: 100 Church Street, Suite 800, New York, NY 10007
T: 347-661-9002        F: 347-438-3073