USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/11/2020__

**DAVID K. BERTA**
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUIT
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

May 8, 2020

<u>Via ECF</u>

Hon. Analisa Torres, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Phyllis Hubbard
               Docket No. 19-Cr-006 (AT)

Dear Judge Torres:

     I represent Ms. Hubbard. Her sentencing is scheduled for May 19, 2020 at 12:00 PM. I am respectfully requesting an adjournment for several reasons. First, I recently received both the Pre-Sentence Report and an additional related item: I would like additional time to review both with Ms. Hubbard, but given the current pandemic, I am unable to meet with her face-to-face.

     Second, Ms. Hubbard would prefer to be sentenced in person, not via telephone. Under the circumstances of this case, I too prefer that sentencing occur live, rather than over the phone. Ms. Hubbard is not incarcerated, and postponing sentencing would not cause her undue hardship. I have consulted with the Government, and they have no objection to my request.

     Accordingly, I am asking that Ms. Hubbard's sentencing be adjourned to a date when this Court is again conducting regular court appearances. Thank you for your consideration in this matter.

                             Very truly yours,
                                -S-
                            David K. Bertan, Esq.

---

GRANTED. The sentencing scheduled for May 19, 2020, is ADJOURNED to **August 6, 2020**, at **12:00** p.m. Defendant's submission is due two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

SO ORDERED.

Dated: May 11, 2020
      New York, New York

                                ANALISA TORRES
                           United States District Judge