```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/28/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

PHYLLIS HUBBARD,

                Defendant.

19 Cr. 6-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 8, 2020, Defendant requested that the sentencing scheduled for May 19, 2020 be adjourned as it was Defendant's preference to be sentenced in person. ECF No. 128. The Government did not object to that request. *Id.* On May 11, 2020, the Court granted the request and adjourned the sentencing to August 6, 2020, with Defendant's submission due by July 23, 2020. ECF No. 129.

    Because the Court has determined that it cannot hold in-person conferences at this time consistent with public health and safety, it is ORDERED that by **July 30, 2020**, the parties shall submit a letter to the Court indicating whether Defendant wishes to proceed with sentencing remotely or if the parties will be requesting an adjournment.

    SO ORDERED.

Dated: July 28, 2020
       New York, New York

                                  ANALISA TORRES
                               United States District Judge