**O'NEILL / HASSEN**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/27/2020_
```

Octobe

VIA ECF and Email
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Marquis Jackson,* 19 Cr. 6 (AT)

Dear Judge Torres:

Marquis Jackson is scheduled to be sentenced in the above-captioned matter on November 4, 2020. I am writing to request that the Court adjourn the sentence for approximately 3 months in light of the ongoing pandemic. The government does not oppose this application.

Mr. Jackson continues to work at Amazon, and he remains an active and supportive father to his son. Mr. Jackson has been working in the Amazon warehouse for almost a year and recently received a promotion to supervisor. He has custody of his son on the weekends and takes him to and from school during the week, work permitting. Mr. Jackson is in a stable and loving romantic relationship.

Mr. Jackson suffers from an autoimmune condition for which he is on medication to suppress his immune system. Additionally, his parents are extremely sick and vulnerable to COVID-19, but support him and would like to attend his sentencing hearing in person. His mother has only left the house for doctors' appointments since March and it would be a risk to her health if Mr. Jackson were sentenced now.

We ask that the Court adjourn the sentence for three months, in hopes that Mr. Jackson and his family are able to attend his sentencing in person. I thank the Court for its attention to this matter.

GRANTED. The sentencing scheduled for November 4, 2020, is ADJOURNED to **February 4, 2021**, at **11:00 a.m.** Defendant's submissions are due two weeks prior to sentencing. The Government's submissions are due one week prior to sentencing.

SO ORDERED.

Dated: October 27, 2020
      New York, New York

ANALISA TORRES
United States District Judge