```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/10/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

PHYLLIS HUBBARD,

                      Defendant.

19 Cr. 6-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing for Defendant Hubbard scheduled for November 12, 2020 is ADJOURNED to **January 21, 2020**, at **2:00 p.m.**

      Defendant's sentencing submission is due on **January 7, 2021**. The Government's submission is due on **January 14, 2021**.

      SO ORDERED.

Dated: November 10, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge