UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHYLLIS HUBBARD,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/20/2021__

19 Cr. 6-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing for Defendant Hubbard scheduled for January 21, 2021, is ADJOURNED to **June 21, 2020**, at **2:00 p.m.**

    Defendant's sentencing submission is due on **June 7, 2021**. The Government's submission is due on **June 14, 2021**.

    SO ORDERED.

Dated: January 20, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge