USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2021

# DAVID K. BERTAN
**ATTORNEY AT LAW**
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

June 14, 2021

<u>Via ECF</u>

Hon. Analisa Torres, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

       Re:    USA v. Phyllis Hubbard
                   Docket No. 19-Cr-006 (AT)

Dear Judge Torres:

      I represent Ms. Hubbard. Her sentencing is scheduled for June 21, 2021 at 2:00 PM. I am respectfully requesting an adjournment for three reasons. First, Ms. Hubbard is working in order to save money for her family after sentencing. Second, Ms. Hubbard is still in the process of working with friends and relatives to ensure care for her children after sentencing. Finally, as noted in previous requests, both Ms. Hubbard and I request that she be sentenced in-person. With that in mind, I am respectfully requesting that sentencing be adjourned to a date in August.

                                      Very truly yours,

                                      David K. Bertan, Esq.

cc: AUSA Jacqueline Kelly (via e-mail and ECF)

GRANTED. The sentencing scheduled for June 21, 2021, is ADJOURNED to **September 28, 2021**, at **1:00 p.m.** Defendant's sentencing submission is due on **September 14, 2021**. The Government's submission is due on **September 21, 2021**.

SO ORDERED.

Dated: June 17, 2021
      New York, New York

                                      ANALISA TORRES
                               United States District Judge