**DAVID K. BERTAN**
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2021
```

September 22, 2021

<u>Via ECF</u>

Hon. Analisa Torres, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   USA v. Phyllis Hubbard
             Docket No. 19-Cr-006 (AT)

Dear Judge Torres:

    I represent Ms. Hubbard. Her sentencing is scheduled for September 28, 2021 at 1:00 PM. I am respectfully requesting an adjournment. Ms. Hubbard is in the process of obtaining additional letters in support, and I would like to include these letters for the Court's consideration in crafting an appropriate sentence.

    Second, Ms. Hubbard would like to travel to Atlanta, Georgia in order to look at possible locations for her business. With the Court's permission, she would fly to Atlanta on October 13, returning to New York on October 20. Both the Government and Pre-Trial Services have no objection to Ms. Hubbard's request.

    Accordingly, I am asking that Ms. Hubbard's sentencing be adjourned to a date after October 20, 2021, when this Court is conducting regular court appearances. Please note I will be unavailable from November 8-12, 2021. Thank you for your consideration in this matter.

                           Very truly yours,

                           David K. Beran, Esq.

GRANTED. The sentencing scheduled for September 28, 2021, is ADJOURNED to **October 26, 2021**, at **1:00 p.m.** By **October 12, 2021**, Defendant shall file their sentencing submission. By **October 19, 2021**, the Government shall file its submission.

SO ORDERED.

Dated: September 23, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge