UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHYLLIS HUBBARD,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/14/2021__

19 Cr. 6-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 23, 2021, the Court ordered the Defendant to file her sentencing submission by October 12, 2021.  ECF No. 195.  That submission is now overdue.  Accordingly, by **October 15, 2021**, at **5:00 p.m.**, Defendant shall file her sentencing submission.

      SO ORDERED.

Dated: October 14, 2021
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge