UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHYLLIS HUBBARD,

                                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __10/15/2021__
```

19 Cr. 6-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing for Defendant Hubbard scheduled for October 26, 2021, is ADJOURNED to **November 15, 2021**, at **2:00 p.m.**  Defendant's sentencing submission is due on **November 1, 2021**.  The Government's submission is due on **November 8, 2021**.

By **November 12, 2021**, at **5:00 p.m.**, counsel must advise the Court of how many spectators will attend the proceeding.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten** unvaccinated spectators are expected to attend, or more than **three** unvaccinated individuals are expected to be seated at each counsel's table.

Members of the press and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: October 15, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge