```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/3/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

19 Cr. 6-4 (AT)

PHYLLIS HUBBARD,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

On October 15, 2021, the Court ordered Defendant to file her sentencing submission by November 1, 2021. ECF No. 202. That submission is now overdue. Accordingly, by **November 4, 2021**, Defendant shall file her sentencing submission.

SO ORDERED.

Dated: November 3, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge