UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PHILLIS HUBBARD,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/20/2026_____

19 Cr. 6-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendant's *pro se* motion for early termination of her supervised release.  *See* ECF No. 249.  By **May 11, 2026**, the Government shall file its response, which shall include Probation's position on Defendant's motion.  By **May 25, 2026**, Defendant shall file her reply, if any.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant *pro se* at the address provided in her letter at ECF No. 249.

SO ORDERED.

Dated: April 20, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge