USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PHILLIS HUBBARD,

Defendant.

19 Cr. 6-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

A VOSR conference is scheduled for **August 24, 2026**, at **12:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 11, 2026
New York, New York

ANALISA TORRES
United States District Judge