USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

**U.S. Departn**

*United States*
*Southern Dist*

*The Jacob K. Javits*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 20, 2026

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Phyllis Hubbard*, 19 Cr. 06 (AT)**

Dear Judge Torres:

The Government respectfully requests that the conference scheduled for Monday, October 26th at 11:00 a.m., be adjourned to a time amenable to the Court during the first week of December. Defense counsel consents to this request.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By: Caitlin McCarey
Caitlin R. McCarey
Assistant United States Attorney
Southern District of New York
caitlin.mccarey@usdoj.gov
(212) 637-1041

cc (by ECF): David Bertan, Esq.

GRANTED. The VOSR conference scheduled for October 26, 2026, is ADJOURNED to **November 30, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St. New York, New York 10007.

SO ORDERED.

Dated: October 20, 2026
New York, New York

ANALISA TORRES
United States District Judge