USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PHILLIS HUBBARD,

Defendant.

19 Cr. 6-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated November 13, 2026, the parties requested the Court to adjourn the VOSR conference scheduled for November 30, 2026, at 10:00 a.m. The request is GRANTED. The VOSR conference is rescheduled for **January 19, 2027,** at **1:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Government has also requested that the Court extend the Defendant's term of supervised release, which expired on November 14, 2026, until the resolution of the May 6, 2026 VOSR. Defense is directed to respond by **November 23, 2026**.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ANALISA TORRES
United States District Judge